**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6841**

———————————

DAVID LEE JOHNSON,

                                        Petitioner - Appellant,

        versus

DAVID GARRAGHTY; JAMES S. GILMORE, III, Attor-
ney General of the State of Virginia,

                                        Respondents - Appellees.

———————————

**No. 97-6975**

———————————

DAVID LEE JOHNSON,

                                        Petitioner - Appellant,

        versus

DAVID GARRAGHTY; JAMES S. GILMORE, III, Attor-
ney General of the State of Virginia,

                                        Respondents - Appellees.

———————————

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-97-504-2)

———————————

Submitted:  February 11, 1999          Decided:  February 25, 1999

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Lee Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Lee Johnson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's order finding that his petition was untimely filed and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Johnson v. Garraghty, No. CA-97-504-2 (E.D. Va. May 30, 1997[*] & Dec. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on May 29, 1997, the district court's records show that it was entered on the docket sheet on May 30, 1997. Pursuant to Rules 58 and 79k(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).